No. 1526.  UNITED STEELWORKERS OF AMERICA, AFL–CIO *v.* AUBURNDALE FREEZER CORP. ET AL.  C. A. 5th Cir. Motion of American Federation of Labor & Congress of Industrial Organizations for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 962.  KOSTAMO *v.* NORTHERN CITY NATIONAL BANK, ADMINISTRATOR, ET AL., *ante,* p. 902;

No. 1348.  LITTLEPAGE *v.* UNITED STATES, *ante,* p. 915;

No. 1352.  CONSOLIDATED CARRIERS CORP. *v.* UNITED STATES ET AL., *ante,* p. 901;

No. 1368.  FOREMAN *v.* CITY OF BELLEFONTAINE ET AL., *ante,* p. 901;

No. 1400.  DROBNICK ET AL. (FIRST NATIONAL BANK OF WAUKEGAN, TRUSTEE) *v.* FOSS PARK DISTRICT, *ante,* p. 907;

No. 6182.  BUSTOS *v.* CALIFORNIA, *ante,* p. 910;

No. 6459.  CHACON *v.* NELSON, WARDEN, *ante,* p. 941;

No. 6665.  LAUGHLIN *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT, *ante,* p. 904;

No. 6671.  MORALES *v.* CADY, WARDEN, *ante,* p. 931; and

No. 6700.  BRYANT *v.* UNITED STATES, *ante,* p. 932. Petitions for rehearing denied.

No. 1021.  TOLIVER *v.* UNITED STATES, 401 U. S. 913. Motion for leave to file petition for rehearing denied.